UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALFREDO GARCIA, individually and d/b/a LA PERLA RESTAURANT, <br><br> Defendant. | Case No.: 1:15-cv-01034-AWI-BAM <br><br> ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE <br><br> (Doc. 4) |

On July 6, 2015, Plaintiff J&J Sports Production Inc. ("Plaintiff") filed a complaint in this action against Defendant Alfredo Garcia, individually and d/b/a La Perla Restaurant ("Defendant"). On the same date, the Court issued summons, new case documents and set an Initial Scheduling Conference for October 8, 2015 at 9:30 a.m. in Courtroom 8 (BAM) before the undersigned. (Docs. 2, 3.)

On September 23, 2015, Plaintiff filed an *ex parte* application to continue the Initial Scheduling Conference thirty (30) or forty-five (45) days. Plaintiff explains that a brief continuance is needed because Plaintiff has not effectuated service on Defendant. (Doc. 4.)

1

Having reviewed Plaintiff's ex parte application, IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued from 10/8/2015 to **November 10, 2015, at 9:30 a.m** in Courtroom 8 (BAM), before Magistrate Judge Barbara A. McAuliffe.  The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5789.

Plaintiff is reminded that service of process on defendant must be completed prior to the scheduling conference and within the time period set forth in Fed. R. Civ. P. 4(m) or the matter may be dismissed.

IT IS SO ORDERED.

Dated:   **September 24, 2015**              /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE

2